WWR# 041865723

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>DEBRA C BUDGE-BRENNAN<br>　　　　　　　Debtor<br><br>AMERICAN HERITAGE CREDIT UNION<br>　　　　　　　Movant | CASE NO. 25-12801-djb<br>CHAPTER 13<br><br>**Hearing Date: 12/18/2025**<br>**Hearing Time: 11:00 A.M.** |

**MOTION BY AMERICAN HERITAGE CREDIT UNION FOR RELIEF FROM AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(d) AND WAIVER OF 14-DAY STAY UNDER FED. BANKR. RULE 4001(a)(4) AND FOR CO-DEBTOR RELIEF PURSUANT TO SECTION 1301**

The Motion of Movant, by its attorney, Milos Gvozdenovic, Esquire, respectfully represents:

1. On July 14, 2025, the Debtor filed a voluntary petition commencing a case under Chapter 13, Title 11, United States Code, and for the entry of an Order for Relief.

2. Movant holds a valid security interest in the form of a mortgage (the "Mortgage") on a certain residence owned and/or occupied by the Debtor known as 3350 Tyson Ave, Philadelphia, PA 19149 and as more particularly described in the Mortgage. A copy of said Mortgage showing Movant's interest and that is executed by Debtor and the Co-Debtor, Michael K Brennan, is attached to this Motion as Exhibit "A".

3. This is an action under 11 U.S.C. Section 362(d) to vacate or modify a stay granted under 11 U.S.C. Section 362(a) to permit foreclosure of the Mortgage and/or Sheriff's Sale of the subject real property and under Section 1301 to pursue the Co-Debtor.

4. At the time of the filing of this Motion, the Debtor has defaulted on the payments due under the Mortgage for the 06/12/2024 through 10/12/2025 and together with attorney's fees and court costs, the Debtor owes Movant $12,820.08 on account of such defaulted payments.

5. The Debtor's Payoff balance as of November 7, 2025 is $64,557.56.

6. Pursuant to Schedule B of Debtor's petition, the real property has a current value of $144,080.00.

7. Movant is entitled to relief pursuant to 11 U.S.C. 362 (d)(1) because there is little or no equity in the collateral for the benefit of the bankruptcy estate. Movant is not adequately protected.

8. Michael K Brennan is a joint obligor on the subject account and is a non-filing co-debtor against whom Movant is currently enjoined from seeking collection from by virtue of the co-debtor stay of 11 U.S.C. 1301(a).

9. Pursuant to 11 U.S.C. 1301(c)(2), Movant may seek the remaining amount not being paid through the debtor's Chapter 13 Plan and, therefore, Movant requests that the co-debtor stay be lifted so that it may take appropriate action against the non-filing co-debtor, Michael K Brennan.

WHEREFORE, Movant prays that the stay pursuant to Section 362(a) and 1301 of Title 11 United States Code be modified to allow Movant execution process through and including, but not limited to, foreclosure and/or Sheriff's Sale of the subject real property, the 14-day stay provided by Fed. Bankr. Rule 4001(a)(4) is waived, to pursue the co-maker, Michael K Brennan, for repayment of the obligation to Movant, and that it have such other relief as is just.

/s/Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com