WWR# 041865723

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>Debra C Budge-Brennan<br>　　　　　　　　　　Debtor<br><br><br>American Heritage Credit Union<br>　　　　　　　　　　Movant<br><br><br>Debra C Budge-Brennan<br>Respondent/Debtor<br>Kenneth E. West, Standing Trustee<br>Additional Respondent | CASE NO. 24-10729-DJB<br>CHAPTER 13<br><br>Related to Doc No: 17, 18, 19 |

**STIPULATION RESOLVING MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now come the undersigned parties upon the Motion of American Heritage Credit Union for Relief from Automatic Stay and the Response by Debtor, and stipulate to the following terms:

American Heritage Credit Union, Movant herein, is a creditor of the estate by virtue of a certain Mortgage, secured by real property located at 3350 Tyson Avenue, Philadelphia, PA 19149. The Movant has not been adequately protected and that Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

The parties agree that the arrearage of $4,657.85 — consisting of $3,408.85 in post-petition arrears, $1,050.00 in attorney's fees, and $199.00 in costs — shall be paid in full over 9 monthly payments of $517.54 starting with the first payment due on 1/12/2026 and each subsequent payment due on the 12th of each month thereafter until paid in full.

It is further stipulated that said relief shall be stayed so long as the Debtor makes each and every contractual payment in a timely and complete manner beginning with the 1/12/2026 payment, which must be paid in full to Movant on or before 1/12/2026. Regular payments are due to Movant on or before the 12th day of each month. Should the Debtor default in any contractual payment or cure payment, notice will be sent to Debtor's counsel advising of said default notice. If the default is not cured within 10 days as of the date of the notice, Movant's counsel shall file a Certificate of Default with the Court and a proposed Order requesting final relief from the automatic stay. Movant shall only be required to notify Debtor's counsel of one default. Any Certificate of Default filed with the Court shall indicate that Creditor's counsel has confirmed that no payments have been made to American Heritage Credit Union.

　　　　　　　　　　　　　　　　　　　　　　　　　　　No Objection

| | | |
|---|---|---|
| /s/ Milos Gvozdenovic | /s/ Brad J. Sadek | /s/ LeeAne O. Huggins  January 14, 2026 |
| Attorney for Movant | Attorney For Debtor | For Trustee |
| Milos Gvozdenovic | Brad J. Sadek | Kenneth E. West |
| Weltman, Weinberg & Reis, Co., L.P.A. | Sadek Law Offices, LLC | 190 N Independence Mall W Ste 701 |
| 5990 West Creek Rd, Suite 200 | 1500 John F Kennedy Blvd, Ste 220 | Philadelphia, PA 19106-1554 |
| Independence, OH 44131 | Philadelphia, PA 19102-1754 | ecfemails@ph13trustee.com |
| mgvozdenovic@weltman.com | brad@sadeklaw.com | |