WWR# 041865723

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 25-12801-djb |
| DEBRA C BUDGE-BRENNAN | |
| | CHAPTER 13 |
| Debtor | Related to Document No. 23 |
| AMERICAN HERITAGE CREDIT UNION | |
| Movant | |

### CERTIFICATION OF DEFAULT UNDER STIPULATION

TO THE CLERK OF BANKRUPTCY COURT:

The undersigned certifies that Debtor DEBRA C BUDGE-BRENNAN has defaulted under the terms of a Stipulation between the parties approved by the Court on or about 1/23/26, and that notice of default was provided to Debtor pursuant to the terms of such Stipulation. A copy of said notice is attached hereto as Exhibit "A." Movant's counsel has confirmed with the Movant that the default has not been cured. Kindly submit the Order attached hereto as Exhibit "B" to the Court for the entry of an Order for Relief from the Automatic Stay. Thank you.

WELTMAN, WEINBERG & REIS CO., L.P.A.

/s/ Milos Gvozdenovic
Milos Gvozdenovic
Weltman, Weinberg & Reis Co., L.P.A.
Attorney for Movant
5990 West Creek Road, Suite 200
Independence, OH 44131
216-739-5647
mgvozdenovic@weltman.com