# Weltman, Weinberg & Reis Co., LPA

**Chicago** 312.782.9676
**Cincinnati** 513.723.2200
**Cleveland** 216.739.5100
**Columbus** 614.801.2600

**Milos Gvozdenovic**
*Attorney*
5990 West Creek Rd, Ste 200, Independence, OH 44131
216-739-5647 phone | 216-739-5680 fax
mgvozdenovic@weltman.com

**Detroit** 248.362.6100
**Philadelphia** 215.599.1500
**Pittsburgh** 412.434.7955
**weltman.com**

March 25, 2026

Debra C Budge-Brenna
c/o Brad J. Sadek
1500 John F Kennedy Blvd, Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com

      Re:    *In re* Debra C Budge-Brenna
               Case no. 24-10729
               Our Client: American Heritage Credit Union
               Our File No.: 041865723

Dear Attorney Sadek,

      This letter is to inform you that your above referenced client is in default of the Order Granting Stipulation Resolving Motion for Relief from Automatic Stay and for Co-Debtor Relief (Doc. 25), which was granted January 23, 2026. The Stipulation provided your client must make each and every contractual payment in a timely manner.
      As of March 18, 2026, your client is past due in the amount of $3,597.93, which accounts for three payments for 01/12/2026, 02/12/2026, and 03/12/2026, in the amount of $681.77 and three arrearage payments for the above listed dates of $517.54. Your client has 10 days from the date of this letter to cure the defaulted payments. Should your client fail to cure the default, we will file a Certificate of Default with the Court.

                               Thank you,
                               Milos Gvozdenovic